**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kenbenco, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Benson Steel Fabricators |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 14-1761962 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **437 Route 212**<br>**Saugerties, NY 12477**<br>Number, Street, City, State & ZIP Code | **PO Box 480**<br>**Saugerties, NY 12477**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Ulster**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.bensonsteelfabricators.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Kenbenco, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Kenbenco, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Kenbenco, Inc.**                                                          Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Kenbenco, Inc.** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 10, 2024**
                        MM / DD / YYYY

**X** **/s/ Kenneth Benson**                                                   **Kenneth Benson**
     Signature of authorized representative of debtor          Printed name

Title      **President**

---

**18. Signature of attorney**

**X** **/s/ Michelle L. Trier**                                                Date   **May 10, 2024**
     Signature of attorney for debtor                                            MM / DD / YYYY

**Michelle L. Trier 1212**
Printed name

**Genova, Malin & Trier, LLP**
Firm name

**1136 Route 9**
**Wappingers Falls, NY 12590**
Number, Street, City, State & ZIP Code

Contact phone   **845-298-1600**          Email address

**1212 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Kenbenco, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 10, 2024**          *X* **/s/ Kenneth Benson**
                                          Signature of individual signing on behalf of debtor

                                          **Kenneth Benson**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Kenbenco, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **24 Capital LLC 20200 W. Dixie Highway Miami, FL 33180** | | **Business debt - merchant cash advance agreement** | **Contingent Unliquidated** | | | **$520,037.60** |
| **Alva Advance LLC 300 Arthur Godfrey Road, Suite 201A Miami Beach, FL 33140** | | **Business debt - merchant cash advance agreement** | | | | **$15,535.32** |
| **Bank of America PO Box 660441 Dallas, TX 75266-0441** | | **Business credit card debt** | | | | **$35,054.91** |
| **Bankers Healthcare Group PO Box 332509 Murfreesboro, TN 37133** | | **Business credit card debt** | | | | **$10,373.80** |
| **Bender's Technical Detailing, Inc. 275 Fillmore Avenue Tonawanda, NY 14150** | | **Business debt** | | | | **$124,600.00** |
| **Central Hudson Gas & Electric 284 South Road Poughkeepsie, NY 12602** | | **Goods and services (3 accounts)** | | | | **$14,774.33** |
| **CIT Group, Inc./Direct Capital 155 Commerce Way Portsmouth, NH 03801** | | **Lease balance on computers** | | | | **$15,091.60** |
| **Elan Financial Services 1255 Corporate Drive, #6 Irving, TX 75038** | | **Business credit card debt** | | | | **$8,588.60** |

Debtor    **Kenbenco, Inc.**                                                                          Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Citizens Bank PO Box 856502 Minneapolis, MN 55485** | | **Lease arrears (3)** | **Contingent** | | | **$10,487.15** |
| **Goldman Sachs Bank USA PO Box 70321 Philadelphia, PA 19176-0321** | | **Business credit card debt** | | | | **$20,361.58** |
| **JP Morgan Chase Bank,N.A. Portfolio Mgt Ctr;Mail Code AZ-0100 PO Box 29550 Phoenix, AZ 85038-9550** | | **Business debt/LOC** | **Contingent** | | | **$162,553.67** |
| **Kivort 30 Day 380 Hudson River Road Waterford, NY 12188** | | **Business debt** | | | | **$253,963.24** |
| **Nationwide (Kenbenco 401k PSP) PO Box 219961 Kansas City, MO 64121-9961** | | **Unpaid 401(k) contributions** | | | | **$22,085.88** |
| **NYS Tax Commission Civil Enforcement Region 3A WA Harriman Campus Albany, NY 12227-0001** | | **Sales taxes** | | | | **$55,955.30** |
| **Shift Capital, Inc. 7950 NW 53rd Street, Suite 337 Miami, FL 33166** | | **Merchant cash advance agreement** | **Contingent Unliquidated** | | | **$18,000.00** |
| **Wave Advance 200 South Andrews Avenue, Suite 504 Fort Lauderdale, FL 33301** | | **Business debt - merchant cash advance agreement** | **Contingent Unliquidated Disputed** | | | **$132,525.00** |
| **Wave Advance 200 South Andrews Avenue, Suite 504 Fort Lauderdale, FL 33301** | | **Business debt - merchant cash advance agreement** | **Contingent Unliquidated Disputed** | | | **$128,080.00** |

Debtor   **Kenbenco, Inc.**                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wave Advance 200 South Andrews Avenue, Suite 504 Fort Lauderdale, FL 33301** | | **Business debt - merchant cash advance agreement** | **Contingent Unliquidated Disputed** | | | **$276,915.00** |
| **White Star Funding, Inc. 4300 Biscayne Boulevard, Suite 203 Miami, FL 33137** | | **Business debt - merchant capital advance agreement** | **Contingent Unliquidated Disputed** | | | **$149,234.00** |
| **White Star Funding, Inc. 4300 Biscayne Boulevard, Suite 203 Miami, FL 33137** | | **Business debt - merchant capital advance agreement** | **Contingent Unliquidated Disputed** | | | **$124,940.00** |

**Fill in this information to identify the case:**

Debtor name     **Kenbenco, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...........................................................................................   $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................................   $     **590,016.73**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................................   $     **590,016.73**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **5,360,997.75**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **78,381.99**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **2,093,856.87**

4.   Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b      $     **7,533,236.61**

**Fill in this information to identify the case:**

Debtor name __**Kenbenco, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pioneer Bank** | **Business checking** | **1107** | **$2,500.00** |
| 3.2. | **Bank of Greene County** | **Business checking account** | **7775** | **$2,334.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                              | **$4,834.00** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **Kenbenco, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 223,532.73 | - | 0.00 | = .... | $223,532.73 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $223,532.73 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

<table>
<tr><td colspan="2"><strong>Part 4:</strong></td><td><strong>Investments</strong></td></tr>
</table>

13. **Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 5:</strong></td><td><strong>Inventory, excluding agriculture assets</strong></td></tr>
</table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Miscellaneous plates, angle irons, bar stock** | | Unknown | N/A | $10,000.00 |

| 23. | **Total of Part 5.** | $10,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

<table>
<tr><td colspan="2"><strong>Part 6:</strong></td><td><strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 7:</strong></td><td><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **Kenbenco, Inc.**                                    Case number *(If known)* _____
_____
          Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Microwave, mini-refridgerator, coffee maker** | **Unknown** | **N/A** | **$200.00** |
| **Furniture - desks, chairs, file cabinets** | **Unknown** | **N/A** | **$300.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | **$500.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2013 Dodge Ram 2500 SLT-HD (151k miles); VIN# 3C6TR5JT9DG573173** | **Unknown** | **N/A** | **$9,000.00** |
| 47.2.   **1998 International Flat (450k miles)** | **Unknown** | **N/A** | **$12,000.00** |
| 47.3.   **2000 International Flat (524k miles)** | **Unknown** | **N/A** | **$10,000.00** |
| 47.4.   **2003 GMC Utility truck (115k miles)** | **Unknown** | **N/A** | **$5,000.00** |
| 47.5.   **2015 Dodge Welding Truck 3500 (146k miles)** | **Unknown** | **N/A** | **$15,000.00** |

Debtor    **Kenbenco, Inc.**                                    Case number *(If known)*  _____
_____
Name

| | | | |
|---|---|---|---|
| 47.6. | **1 trailer** | **Unknown** | **N/A** | **$5,000.00** |
| 47.7. | **2020 Chevrolet Silverado 5500 utility truck** | **Unknown** | **N/A** | **$25,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **8 magnetic drill press ($500 each)** | **Unknown** | **N/A** | **$4,000.00** |
| **100 magnetic drill cutters ($100 each)** | **Unknown** | **N/A** | **$10,000.00** |
| **10- 9" grinders ($120 each)** | **Unknown** | **N/A** | **$1,200.00** |
| **10- 4.5" grinders ($100 each)** | **Unknown** | **N/A** | **$1,000.00** |
| **Stainless steel polishing equipment** | **Unknown** | **N/A** | **$1,000.00** |
| **4 hand drills (1/2) - $150 each** | **Unknown** | **N/A** | **$600.00** |
| **Hand drill (3/4)** | **Unknown** | **N/A** | **$500.00** |
| **Hand drill (1")** | **Unknown** | **N/A** | **$600.00** |
| **10 - oxygen acetylene torches ($500 each)** | **Unknown** | **N/A** | **$5,000.00** |
| **3 - Welding rod, small ovens ($250 each)** | **Unknown** | **N/A** | **$750.00** |
| **2 - welding rod, large ovens ($1,000 each)** | **Unknown** | **N/A** | **$2,000.00** |
| **Grinding wheels (50 pieces - $10 each)** | **Unknown** | **N/A** | **$500.00** |
| **Sanding discs (100 pieces)** | **Unknown** | **N/A** | **$400.00** |
| **Vertical belt sander** | **Unknown** | **N/A** | **$250.00** |
| **Small drill press** | **Unknown** | **N/A** | **$250.00** |
| **Welding wire (stainless) - 10 rolls at $400 each** | **Unknown** | **N/A** | **$4,000.00** |

Debtor   **Kenbenco, Inc.**                                    Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| **Welding wire (steel) - 10 rolls at $200 each** | **Unknown** | **N/A** | **$2,000.00** |
| **Welding wire, Stick electrodes - 5 boxes** | **Unknown** | **N/A** | **$1,000.00** |
| **Miscellaneous bolts** | **Unknown** | **N/A** | **$3,500.00** |
| **5 - T.C. guns (used to tighten field bolts) ($1,500 each)** | **Unknown** | **N/A** | **$7,500.00** |
| **2 - Material lifts ($2500 each)** | **Unknown** | **N/A** | **$5,000.00** |
| **2 - Builders level ($400 each)** | **Unknown** | **N/A** | **$800.00** |
| **3 - Welding leads ($1000 each)** | **Unknown** | **N/A** | **$3,000.00** |
| **Clamps - 2 beam clamps, 2 large plate clamps, 2 small plate clamps** | **Unknown** | **N/A** | **$4,400.00** |
| **5 sets of double chain slings** | **Unknown** | **N/A** | **$2,500.00** |
| **2 - airless paint sprayers** | **Unknown** | **N/A** | **$2,000.00** |
| **Slings (20 pieces at $60 each)** | **Unknown** | **N/A** | **$1,200.00** |
| **Shackles (20 pieces at $40 each)** | **Unknown** | **N/A** | **$800.00** |
| **5 small saw blades and 5 large saw blades** | **Unknown** | **N/A** | **$900.00** |
| **9 - Mig welders at $1500 each** | **Unknown** | **N/A** | **$13,500.00** |
| **2 - stick welders at $1000 each** | **Unknown** | **N/A** | **$2,000.00** |
| **2 - Skidmore bolt testers at $5000 each** | **Unknown** | **N/A** | **$10,000.00** |
| **Torque wrench (3/4")** | **Unknown** | **N/A** | **$800.00** |
| **Torque wrench (1")** | **Unknown** | **N/A** | **$1,000.00** |
| **2 Diamond drills (large), 1 Diamond drill (small) and 6 Diamond bits** | **Unknown** | **N/A** | **$6,400.00** |
| **2 Hilti Powder Accuated deck guns (1 large, 1 small)** | **Unknown** | **N/A** | **$4,000.00** |

Debtor __Kenbenco, Inc._____   Case number (If known) _____
         Name

| | | | |
|---|---|---|---|
| Victor track cutter | Unknown | N/A | $1,800.00 |
| Vertical mitering band saw VW-18 | Unknown | N/A | $38,000.00 |
| Steelweld J4 Mechanical Press Brake and Tooling; Serial #M-4285 | Unknown | N/A | $18,000.00 |
| Cincinnati Shear - Model 2512; Serial #14801 | Unknown | N/A | $15,000.00 |
| Peddinghaus Ocean Avenger Beam Drill Line - Model 1000-1B; Serial #51439 | Unknown | N/A | $65,000.00 |
| Marvel Spartan Ironworker IW-180DX; Serial #IW180DX-113 | Unknown | N/A | $12,000.00 |
| Peddinghaus Ironworker 60/100H; Serial #423055884007 | Unknown | N/A | $8,000.00 |
| 2015 Ercolina TB60 Top Bender; Serial #6015029 | Unknown | N/A | $8,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $351,150.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☑ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

    - ☑ No.  Go to Part 10.
    - ☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☑ No.  Go to Part 11.
    - ☐ Yes Fill in the information below.

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☑ No.  Go to Part 12.
    - ☐ Yes Fill in the information below.

Debtor  **Kenbenco, Inc.**                                                      Case number *(if known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,834.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $223,532.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $351,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $590,016.73 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $590,016.73 |

**Fill in this information to identify the case:**

Debtor name **Kenbenco, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property       **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **22 Capital LLC** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
**All assets of debtor; lien to be voided pursuant to Section 506**

Column A: **Unknown**   Column B: **Unknown**

Creditor's Name

**53 Bridge Street, Suite 501**
**Brooklyn, NY 11201**

Creditor's mailing address

**Describe the lien**
**UCC-1 filed 7/21/22**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.2** | **Celtic Advance** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All assets of debtor; lien to be voided pursuant to Section 506**

Column A: **$50,958.16**   Column B: **Unknown**

**8 The Green, Suite A**
**Dover, DE 19901**

Creditor's mailing address

**Describe the lien**
**UCC-1 filed 2/3/24**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Kenbenco, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

**2.3** **CIT Bank, N.A.**
Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    Unknown    $25,000.00
**2020 Chevrolet Silverado 5500 utility truck**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **CloudFund LLC**
Creditor's Name

**400 Rella Boulevard**
**Suffern, NY 10901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $40,000.00    Unknown
**All assets of debtor; Lien to be voided pursuant to Section 506**

**Describe the lien**
**UCC-1 filed 3/2/22**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

**2.5** **Newtek Small Business Finance LLC**
Creditor's Name

**1981 Marcus Avenue, Suite 130**
**Lake Success, NY 11042**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $1,471,560.91    Unknown
**All assets of the debtor**

**Describe the lien**
**UCC-1 filed 8/16/21**

**Is the creditor an insider or related party?**
■ No

---

Debtor    **Kenbenco, Inc.**                                                          Case number (if known) _____
_____
Name

Creditor's email address, if known              ☐ Yes

_____        **Is anyone else liable on this claim?**

**Date debt was incurred**                       ☐ No

_____        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7322**                                      **As of the petition filing date, the claim is:**
Check all that apply
**Do multiple creditors have an**
**interest in the same property?**              ☐ Contingent
■ No                                      ☐ Unliquidated
☐ Yes. Specify each creditor,             ☐ Disputed
including this creditor and its relative
priority.

---

| 2.6 | **Newtek Small Business Finance LLC** | **Describe debtor's property that is subject to a lien** | $1,425,184.55 | Unknown |

Creditor's Name                               **All assets of the debtor (co-signer for JJBen Corp,)**

**1981 Marcus Avenue, Suite**
**130**
**Lake Success, NY 11042**
_____
Creditor's mailing address                    **Describe the lien**
**UCC-1 filed 10/13/21**

**Is the creditor an insider or related party?**

                                              ■ No
_____        ☐ Yes
Creditor's email address, if known

                                              **Is anyone else liable on this claim?**
**Date debt was incurred**
                                              ■ No
_____        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6558**                                      **As of the petition filing date, the claim is:**
Check all that apply
**Do multiple creditors have an**
**interest in the same property?**              ■ Contingent
■ No                                      ■ Unliquidated
☐ Yes. Specify each creditor,             ☐ Disputed
including this creditor and its relative
priority.

---

| 2.7 | **Redstone Advance** | **Describe debtor's property that is subject to a lien** | $1,455,222.98 | Unknown |

Creditor's Name                               **All assets of the debtor; lien to be void pursuant to Section 506**

**1022 Avenue M**
**Brooklyn, NY 11230**
_____
Creditor's mailing address                    **Describe the lien**
**UCC-1 filed 6/16/22**

**Is the creditor an insider or related party?**

                                              ■ No
_____        ☐ Yes
Creditor's email address, if known

                                              **Is anyone else liable on this claim?**
**Date debt was incurred**
                                              ■ No
_____        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
_____        **As of the petition filing date, the claim is:**
Check all that apply
**Do multiple creditors have an**
**interest in the same property?**              ☐ Contingent
■ No                                      ☐ Unliquidated
☐ Yes. Specify each creditor,             ■ Disputed
including this creditor and its relative
priority.

---

Debtor   **Kenbenco, Inc.**
_____   Case number (if known) _____
Name

| 2.8 | **Spark Funding dba Fundamental Capital** | Describe debtor's property that is subject to a lien | $179,345.40 | Unknown |

Creditor's Name

**100 Garden City Plaza, #410**
**Garden City, NY 11530**

Creditor's mailing address

**All assets of the debtor; lien to be voided pursuant to Section 506**

Creditor's email address, if known

**Describe the lien**
**UCC-1 filed 2/16/22**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **The LCF Group Inc.** | Describe debtor's property that is subject to a lien | $288,725.75 | Unknown |

Creditor's Name

**3000 Marcus Avenue, Suite 2W15**
**Lake Success, NY 11042**

Creditor's mailing address

**All assets of the debtor; lien to be voided pursuant to Section 506**

Creditor's email address, if known

**Describe the lien**
**UCC-1 filed 1/21/22**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **The LCF Group Inc.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**3000 Marcus Avenue, Suite 2W15**
**Lake Success, NY 11042**

Creditor's mailing address

**All assets of the debtor; lien to be voided pursuant to Section 506**

Creditor's email address, if known

**Describe the lien**
**UCC-1 filed 3/16/23**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **Kenbenco, Inc.**                                                        Case number *(if known)* _____

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.1 1 | **U.S. Small Business Administration** | | |
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $450,000.00      Unknown |
| | **2 North 20th Street, Suite 320** | **All assets of the debtor** | |
| | **Birmingham, AL 35203** | | |
| | Creditor's mailing address | | |

**Describe the lien**
**EIDL loan; UCC-1 filed 5/29/2020**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4904**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$5,360,997.75** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Law Office of Tae Whang, LLC** **185 Bridge Plaza North, Suite 201** **Fort Lee, NJ 07024** | Line **2.5** | |
| **Steven Zakharyayev, Esq.** **10 West 37th Street, 6th Floor** **New York, NY 10018** | Line **2.7** | |
| **The Feldman Law Firm, PC** **147 Willis Avenue, First Floor** **Mineola, NY 11501** | Line **2.9** | |
| **U.S. Small Business Administration** **14925 Kingsport Road** **Fort Worth, TX 76155** | Line **2.11** | |

Debtor    **Kenbenco, Inc.**

Name

Case number (if known)

**Yeshaya Gorkin Esq.**
**Ainsworth Gorkin PLLC**
**PO Box 605**
**New York, NY 10038**

Line   **2.8**

**2181**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Kenbenco, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,085.88 | $22,085.88 |
| **Nationwide (Kenbenco 401k PSP)** **PO Box 219961** **Kansas City, MO 64121-9961** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
| Date or dates debt was incurred | Basis for the claim: **Unpaid 401(k) contributions** |  |  |
| Last 4 digits of account number **1129** | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | ☑ No ☐ Yes |  |  |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,955.30 | $55,955.30 |
| **NYS  Tax Commission** **Civil Enforcement Region 3A** **WA Harriman Campus** **Albany, NY 12227-0001** | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |  |
| Date or dates debt was incurred **1st, 2nd and 3rd Quarters, 2023** | Basis for the claim: **Sales taxes** |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes |  |  |

| Debtor | Kenbenco, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.81 | $340.81 |
|---|---|---|---|---|

**NYS Commissioner of Labor**
**State of New York**
**Albany, NY 12226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment tax for 2023**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520,037.60 |
|---|---|---|---|

**24 Capital LLC**
**20200 W. Dixie Highway**
**Miami, FL 33180**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt - merchant cash advance agreement**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**800 Funding**
**7901 4th Street N, Suite 300**
**Saint Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt - merchant cash advance agreement**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,049.76 |
|---|---|---|---|

**A. Montano Co., Inc.**
**571 Route 212**
**Saugerties, NY 12477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,548.65 |
|---|---|---|---|

**Alro Steel**
**Dept 771478**
**PO Box 77000**
**Detroit, MI 48277-1478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,535.32 |
|---|---|---|---|

**Alva Advance LLC**
**300 Arthur Godfrey Road, Suite 201A**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt - merchant cash advance agreement**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Kenbenco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ALW Investments**
**6501 Congress Avenue**
**Boca Raton, FL 33467**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt - settlement agreement__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,174.48** |
|---|---|---|---|

**Ascentium Capital**
**PO Box 301593**
**Dallas, TX 75303-1593**

Date(s) debt was incurred _

Last 4 digits of account number  __8588__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Lease arrears__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,054.91** |
|---|---|---|---|

**Bank of America**
**PO Box 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred _

Last 4 digits of account number  __2519__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business credit card debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,373.80** |
|---|---|---|---|

**Bankers Healthcare Group**
**PO Box 332509**
**Murfreesboro, TN 37133**

Date(s) debt was incurred _

Last 4 digits of account number  __8807__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business credit card debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$124,600.00** |
|---|---|---|---|

**Bender's Technical Detailing, Inc.**
**275 Fillmore Avenue**
**Tonawanda, NY 14150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blended 15 Ventures**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt - settlement agreement__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Capital Assist, LLC**
**243 Tresser Blvd, 17th Floor**
**Stamford, CT 06901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt - merchant capital loan__

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor **Kenbenco, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**3.13**

**Nonpriority creditor's name and mailing address**

**Carl Bell Plumbing & HVAC**
**PO Box 2107**
**196 Harwich Street**
**Kingston, NY 12402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,679.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Central Hudson Gas & Electric**
**284 South Road**
**Poughkeepsie, NY 12602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$14,774.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and services (3 accounts)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

**CIT Group, Inc./Direct Capital**
**155 Commerce Way**
**Portsmouth, NH 03801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$15,091.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease balance on computers**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Crest Capital**
**3460 Preston Ridge Road, Suite 285**
**Alpharetta, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease arrears (U.S. Bank Equip Finance - computer server/software)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**

**De Lage Landen Financial Services**
**PO Box 41602**
**Philadelphia, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number  **7796**

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,872.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease arrears**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Discover It Business Card**
**PO Box 30943**
**Salt Lake City, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number  **9313**

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,240.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Elan Financial Services**
**1255 Corporate Drive, #6**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number  **8113**

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,230.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kenbenco, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Elan Financial Services**
**1255 Corporate Drive, #6**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number  **3620**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,588.60**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Fabreeka**
**1023 Turnpike Street**
**Stoughton, MA 02072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,179.95**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**First Citizens Bank**
**PO Box 856502**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number  **6435;6750;CC16**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease arrears (3)**

Is the claim subject to offset? ■ No ☐ Yes

**$10,487.15**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Fishcreek Iron Inc**
**298 Van Dale Road**
**West Hurley, NY 12491**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,580.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Fleetone LLC (Hess)**
**MSC 30425**
**PO Box 415000**
**Nashville, TN 37241-5000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,865.92**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Goldman Sachs Bank USA**
**PO Box 70321**
**Philadelphia, PA 19176-0321**

Date(s) debt was incurred _

Last 4 digits of account number  **6022**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,361.58**

---

**3.26** | **Nonpriority creditor's name and mailing address**
**HFH Capital LLC**
**6010 New Ultrecht Avenue, 2nd Floor**
**Brooklyn, NY 11219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business debt - merchant capital agreement**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Kenbenco, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** |

<table>
<tr><td>3.27</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>JP Morgan Chase Bank, N.A.</b><br><b>Portfolio Mgt Ctr;Mail Code AZ-0100</b><br><b>PO Box 29550</b><br><b>Phoenix, AZ 85038-9550</b><br><br><b>Date(s) debt was incurred</b> _<br><br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim: Business debt/LOC</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$162,553.67</b></td></tr>
<tr><td>3.28</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Kivort 30 Day</b><br><b>380 Hudson River Road</b><br><b>Waterford, NY 12188</b><br><br><b>Date(s) debt was incurred</b> _<br><br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim: Business debt</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$253,963.24</b></td></tr>
<tr><td>3.29</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Krupnick-Ribotsky Limited</b><br><b>56 Hammond Road</b><br><b>Glen Cove, NY 11542</b><br><br><b>Date(s) debt was incurred</b> _<br><br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim: Business debt consolidation agreement</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>
<tr><td>3.30</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>LoanBuilder (PayPal)</b><br><b>c/o Swift Financial LLC</b><br><b>3505 Silverside Road</b><br><b>Wilmington, DE 19810</b><br><br><b>Date(s) debt was incurred</b> _<br><br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim: Business debt - loan agreement</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$6,529.60</b></td></tr>
<tr><td>3.31</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Long Island Asset Management Inc.</b><br><b>152 Plymouth Boulevard</b><br><b>Smithtown, NY 11787</b><br><br><b>Date(s) debt was incurred</b> _<br><br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim: Business debt - settlement stipulation</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>Unknown</b></td></tr>
<tr><td>3.32</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>McMaster Carr Supply Company</b><br><b>PO Box 7690</b><br><b>Chicago, IL 60680-7690</b><br><br><b>Date(s) debt was incurred</b> _<br><br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim: Business debt</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$1,356.64</b></td></tr>
<tr><td>3.33</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Montano & Sons, Inc.</b><br><b>77-79 Partition Street</b><br><b>Saugerties, NY 12477</b><br><br><b>Date(s) debt was incurred</b> _<br><br><b>Last 4 digits of account number</b> _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim: Business debt</b><br><br>Is the claim subject to offset? ■ No ☐ Yes</td><td align="right"><b>$1,050.00</b></td></tr>
</table>

| Debtor | **Kenbenco, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487.12 |
|---|---|---|---|

**Moore Fire Extinguisher**
**PO Box 1511**
**Guilderland, NY 12084**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,204.11 |
|---|---|---|---|

**Moorhus Computer**
**141 Ulster Avenue, Suite 1B**
**Saugerties, NY 12477**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444.82 |
|---|---|---|---|

**MSC Industrial Supply**
**PO Box 953635**
**Saint Louis, MO 63195-3635**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,291.82 |
|---|---|---|---|

**NEBS/Deluxe for Business**
**PO Box 4656**
**Carol Stream, IL 60197-4656**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,300.00 |
|---|---|---|---|

**Robert Cranston, CPA**
**PO Box 1031**
**Saugerties, NY 12477**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.94 |
|---|---|---|---|

**Saugerties Lumber**
**PO Box 449**
**223 Ulster Avenue**
**Saugerties, NY 12477**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,528.00 |
|---|---|---|---|

**Sherwin Williams**
**PO Box 412746**
**Boston, MA 02241-2746**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kenbenco, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Shift Capital, Inc.**
**7950 NW 53rd Street, Suite 337**
**Miami, FL 33166**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant cash advance agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,003.38** |
|---|---|---|---|

**Sunoco**
**PO Box 78013**
**Phoenix, AZ 85062-8013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,990.00** |
|---|---|---|---|

**Taconic Engineering**
**PO Box 272**
**Chatham, NY 12037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|

**Take Shape**
**227 Grand Avenue**
**Saratoga Springs, NY 12866**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,183.92** |
|---|---|---|---|

**U.S. Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0274**

Basis for the claim:  **Lease arrears**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,080.00** |
|---|---|---|---|

**Wave Advance**
**200 South Andrews Avenue, Suite 504**
**Fort Lauderdale, FL 33301**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt - merchant cash advance agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,525.00** |
|---|---|---|---|

**Wave Advance**
**200 South Andrews Avenue, Suite 504**
**Fort Lauderdale, FL 33301**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt - merchant cash advance agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kenbenco, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$276,915.00** |
|---|---|---|---|

**Wave Advance**
**200 South Andrews Avenue, Suite 504**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt - merchant cash advance agreement**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$149,234.00** |
|---|---|---|---|

**White Star Funding, Inc.**
**4300 Biscayne Boulevard, Suite 203**
**Miami, FL 33137**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt - merchant capital advance agreement**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$124,940.00** |
|---|---|---|---|

**White Star Funding, Inc.**
**4300 Biscayne Boulevard, Suite 203**
**Miami, FL 33137**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Business debt - merchant capital advance agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Leonard Marinello, Esq.**<br>**Bonchonsky & Zaino, LLP**<br>**226 Seventh Street, Suite 200**<br>**Garden City, NY 11530** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Triton Recovery Group LLC**<br>**19790 W. Dixie Highway, Suite 301**<br>**Miami, FL 33180** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 78,381.99 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,093,856.87 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,172,238.86 |

**Fill in this information to identify the case:**

Debtor name    **Kenbenco, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on HPE DL380 Gen 10 computer server system; UCC-1 filed 8/3/2020** | |
| | State the term remaining | **15 months** | |
| | List the contract number of any government contract | | **Ascentium Capital LLC 23970 Highway 59N Kingwood, TX 77339-1535** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on (1) HPE ProLiant DL 380 Gen10 base server with accessories/attachments and (2) TTS backup cloud solution; UCC-1 filed 7/24/2020** | |
| | State the term remaining | **14 months** | |
| | List the contract number of any government contract | | **CIT Group, Inc./Direct Capital 155 Commerce Way Portsmouth, NH 03801** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on (6) i5-9700 W10 Tower; (2) Lenovo Thinkpad E15 computers; UCC-1 filed 11/27/2020** | |
| | State the term remaining | **2 years** | |
| | List the contract number of any government contract | | **CIT Group, Inc./Direct Capital 155 Commerce Way Portsmouth, NH 03801** |

Debtor 1    **Kenbenco, Inc.**

First Name    Middle Name    Last Name    Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on copier equipment; UCC-1 filed 7/24/2020** | |
|---|---|---|---|
| | State the term remaining | **13 months** | |
| | List the contract number of any government contract | | **DeLage Landen Financial Servic 1111 OldEagle School Road Wilmington, DE 19807** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on computer and software equipment; UCC-1 filed 2/10/2021** | |
|---|---|---|---|
| | State the term remaining | **40 months** | |
| | List the contract number of any government contract | | **Dell Financial Services One Dell Way Round Rock, TX 78682** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on computer processors, memory, 8 drive bays, 3 servers** | |
|---|---|---|---|
| | State the term remaining | **40 months** | |
| | List the contract number of any government contract | | **NEC Financial Services LLC 250 Pehle Avenue, Suite 203 Saddle Brook, NJ 07663-5806** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on computer software/server; UCC-1 filed 7/29/2020 (Crest Capital)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Kenbenco, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Ben Mur, Inc.** | **PO Box 480**<br>**Saugerties, NY 12477** | **Miscellaneous creditors** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **JJBen Corp.** | **PO Box 480**<br>**Saugerties, NY 12477** | **Miscellaneous creditors** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Kenneth Benson** | **156 Manorville Road**<br>**Saugerties, NY 12477** | **Miscellaneous creditors** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Kenbenco, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:        Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,273,138.25** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$4,761,933.28** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$3,461,980.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:        List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **Kenbenco, Inc.**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Alva Advance LLC**<br>**300 Arthur Godfrey Road, Suite 201A**<br>**Miami Beach, FL 33140** | 2/12/24 through 4/11/24 (39 payments of $800) | $31,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Merchant capital advance loan payments** |
| 3.2. **Wave Advance (#3)**<br>**200 South Andrews Avenue, Suite 504**<br>**Fort Lauderdale, FL 33301** | 2/12/24 through 4/11/24 (40 payments of $792.50) | $31,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Merchant capital advance loan payments** |
| 3.3. **Wave Advance (#5)**<br>**200 South Andrews Avenue, Suite 504**<br>**Fort Lauderdale, FL 33301** | 2/12/24 through 4/11/24 (41 payments of $712.50) | $29,212.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Merchant capital advance loan payments** |
| 3.4. **Wave Advance (#6)**<br>**200 South Andrews Avenue, Suite 504**<br>**Fort Lauderdale, FL 33301** | 2/28/24 through 4/4/24 (27 payments of $1,000) | $27,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Merchant capital advance loan payments** |
| 3.5. **White Star Funding, Inc. (#3)**<br>**4300 Biscayne Boulevard, Suite 203**<br>**Miami, FL 33137** | 2/12/24 through 4/11/24 (42 payments of $781) | $32,802.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Merchant capital advance loan payments** |
| 3.6. **White Star Funding, Inc. (#5)**<br>**4300 Biscayne Boulevard, Suite 203**<br>**Miami, FL 33137** | 2/12/24 through 4/11/24 (38 payments of $1,575) | $59,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Merchant capital advance loan payments** |
| 3.7. **Celtic Advance (#1)**<br>**8 The Green, Suite A**<br>**Dover, DE 19901** | 2/12/24 through 3/20/24 (27 payments of $562.46) | $15,186.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Merchant capital advance loan payments** |

Debtor    **Kenbenco, Inc.**                                                                      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Kivort 30 Day**<br>**380 Hudson River Road**<br>**Waterford, NY 12188** | **2/15/24 through 4/30/24** | **$94,857.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Celtic Advance (#2)**<br>**8 The Green, Suite A**<br>**Dover, DE 19901** | **3/21/24 through 5/7/24 (30 payments of $794)** | **$23,820.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Merchant capital advance loan payments__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **JPMorgan Chase Bank, NA v. Kenbenco, Inc.**<br>**Index No. 604810/2023** | **Judgment proceeding** | **Nassau County Supreme Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **Kenbenco, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Genova, Malin & Trier, LLP**<br>**1136 Route 9**<br>**Wappingers Falls, NY 12590** | **Attorneys' Fees** | **May 10, 2024** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Kenbenco, Inc.**                                    Case number *(if known)*

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   Name of plan                                          Employer identification number of the plan
   **Kenbenco, Inc. Profit Sharing 401(k) Plan**        EIN:  **14-1761962**

   Has the plan been terminated?
   ■ No
   ☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | **Kenbenco, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **Kenbenco, Inc.**                                   Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Robert Cranston, CPA** **PO Box 1031** **Saugerties, NY 12477** | **2012 - 2022** |
| 26a.2. **Melinda Mirto Rowen** **Mirto CPA** **243 Main Street** **New Paltz, NY 12561** | **2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Kenbenco, Inc.**                                                    Case number *(if known)*

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kenneth Benson** | **156 Manorville Road Saugerties, NY 12477** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kenneth Benson 156 Manorville Road Saugerties, NY 12477** | **$68,805.60** | **May 4, 2023 through April 24, 2024** | **Salary received through the year** |
| | **Relationship to debtor President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Kenbenco, Inc.**                                                Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2024**

**/s/ Kenneth Benson**                                    **Kenneth Benson**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

**United States Bankruptcy Court**
**Southern District of New York**

In re    **Kenbenco, Inc.**                                                                 Case No. _____
                                                Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May 10, 2024**                                    **/s/ Kenneth Benson**
                                                            **Kenneth Benson**/**President**
                                                            Signer/Title

22 CAPITAL LLC
53 BRIDGE STREET, SUITE 501
BROOKLYN, NY 11201


24 CAPITAL LLC
20200 W. DIXIE HIGHWAY
MIAMI, FL 33180


800 FUNDING
7901 4TH STREET N, SUITE 300
SAINT PETERSBURG, FL 33702


A. MONTANO CO., INC.
571 ROUTE 212
SAUGERTIES, NY 12477


ALRO STEEL
DEPT 771478
PO BOX 77000
DETROIT, MI 48277-1478


ALVA ADVANCE LLC
300 ARTHUR GODFREY ROAD, SUITE 201A
MIAMI BEACH, FL 33140


ALW INVESTMENTS
6501 CONGRESS AVENUE
BOCA RATON, FL 33467


ASCENTIUM CAPITAL
PO BOX 301593
DALLAS, TX 75303-1593


ASCENTIUM CAPITAL LLC
23970 HIGHWAY 59N
KINGWOOD, TX 77339-1535


BANK OF AMERICA
PO BOX 660441
DALLAS, TX 75266-0441


BANKERS HEALTHCARE GROUP
PO BOX 332509
MURFREESBORO, TN 37133

BEN MUR, INC.
PO BOX 480
SAUGERTIES, NY 12477


BENDER'S TECHNICAL DETAILING, INC.
275 FILLMORE AVENUE
TONAWANDA, NY 14150


BLENDED 15 VENTURES


CAPITAL ASSIST, LLC
243 TRESSER BLVD, 17TH FLOOR
STAMFORD, CT 06901


CARL BELL PLUMBING & HVAC
PO BOX 2107
196 HARWICH STREET
KINGSTON, NY 12402


CELTIC ADVANCE
8 THE GREEN, SUITE A
DOVER, DE 19901


CENTRAL HUDSON GAS & ELECTRIC
284 SOUTH ROAD
POUGHKEEPSIE, NY 12602


CIT BANK, N.A.
155 COMMERCE WAY
PORTSMOUTH, NH 03801


CIT GROUP, INC./DIRECT CAPITAL
155 COMMERCE WAY
PORTSMOUTH, NH 03801


CLOUDFUND LLC
400 RELLA BOULEVARD
SUFFERN, NY 10901


CREST CAPITAL
3460 PRESTON RIDGE ROAD, SUITE 285
ALPHARETTA, GA 30005

DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA, PA 19101


DELAGE LANDEN FINANCIAL SERVIC
1111 OLDEAGLE SCHOOL ROAD
WILMINGTON, DE 19807


DELL FINANCIAL SERVICES
ONE DELL WAY
ROUND ROCK, TX 78682


DISCOVER IT BUSINESS CARD
PO BOX 30943
SALT LAKE CITY, UT 84130


ELAN FINANCIAL SERVICES
1255 CORPORATE DRIVE, #6
IRVING, TX 75038


FABREEKA
1023 TURNPIKE STREET
STOUGHTON, MA 02072


FIRST CITIZENS BANK
PO BOX 856502
MINNEAPOLIS, MN 55485


FISHCREEK IRON INC
298 VAN DALE ROAD
WEST HURLEY, NY 12491


FLEETONE LLC (HESS)
MSC 30425
PO BOX 415000
NASHVILLE, TN 37241-5000


GOLDMAN SACHS BANK USA
PO BOX 70321
PHILADELPHIA, PA 19176-0321


HFH CAPITAL LLC
6010 NEW ULTRECHT AVENUE, 2ND FLOOR
BROOKLYN, NY 11219

JJBEN CORP.
PO BOX 480
SAUGERTIES, NY 12477


JP MORGAN CHASE BANK, N.A.
PORTFOLIO MGT CTR;MAIL CODE AZ-0100
PO BOX 29550
PHOENIX, AZ 85038-9550


KENNETH BENSON
156 MANORVILLE ROAD
SAUGERTIES, NY 12477


KIVORT 30 DAY
380 HUDSON RIVER ROAD
WATERFORD, NY 12188


KRUPNICK-RIBOTSKY LIMITED
56 HAMMOND ROAD
GLEN COVE, NY 11542


LAW OFFICE OF TAE WHANG, LLC
185 BRIDGE PLAZA NORTH, SUITE 201
FORT LEE, NJ 07024


LEONARD MARINELLO, ESQ.
BONCHONSKY & ZAINO, LLP
226 SEVENTH STREET, SUITE 200
GARDEN CITY, NY 11530


LOANBUILDER (PAYPAL)
C/O SWIFT FINANCIAL LLC
3505 SILVERSIDE ROAD
WILMINGTON, DE 19810


LONG ISLAND ASSET MANAGEMENT INC.
152 PLYMOUTH BOULEVARD
SMITHTOWN, NY 11787


MCMASTER CARR SUPPLY COMPANY
PO BOX 7690
CHICAGO, IL 60680-7690

MONTANO & SONS, INC.
77-79 PARTITION STREET
SAUGERTIES, NY 12477


MOORE FIRE EXTINGUISHER
PO BOX 1511
GUILDERLAND, NY 12084


MOORHUS COMPUTER
141 ULSTER AVENUE, SUITE 1B
SAUGERTIES, NY 12477


MSC INDUSTRIAL SUPPLY
PO BOX 953635
SAINT LOUIS, MO 63195-3635


NATIONWIDE (KENBENCO 401K PSP)
PO BOX 219961
KANSAS CITY, MO 64121-9961


NEBS/DELUXE FOR BUSINESS
PO BOX 4656
CAROL STREAM, IL 60197-4656


NEC FINANCIAL SERVICES LLC
250 PEHLE AVENUE, SUITE 203
SADDLE BROOK, NJ 07663-5806


NEWTEK SMALL BUSINESS FINANCE LLC
1981 MARCUS AVENUE, SUITE 130
LAKE SUCCESS, NY 11042


NYS  TAX COMMISSION
CIVIL ENFORCEMENT REGION 3A
WA HARRIMAN CAMPUS
ALBANY, NY 12227-0001


NYS COMMISSIONER OF LABOR
STATE OF NEW YORK
ALBANY, NY 12226


REDSTONE ADVANCE
1022 AVENUE M
BROOKLYN, NY 11230

ROBERT CRANSTON, CPA
PO BOX 1031
SAUGERTIES, NY 12477


SAUGERTIES LUMBER
PO BOX 449
223 ULSTER AVENUE
SAUGERTIES, NY 12477


SHERWIN WILLIAMS
PO BOX 412746
BOSTON, MA 02241-2746


SHIFT CAPITAL, INC.
7950 NW 53RD STREET, SUITE 337
MIAMI, FL 33166


SPARK FUNDING DBA FUNDAMENTAL CAPITAL
100 GARDEN CITY PLAZA, #410
GARDEN CITY, NY 11530


STEVEN ZAKHARYAYEV, ESQ.
10 WEST 37TH STREET, 6TH FLOOR
NEW YORK, NY 10018


SUNOCO
PO BOX 78013
PHOENIX, AZ 85062-8013


TACONIC ENGINEERING
PO BOX 272
CHATHAM, NY 12037


TAKE SHAPE
227 GRAND AVENUE
SARATOGA SPRINGS, NY 12866


THE FELDMAN LAW FIRM, PC
147 WILLIS AVENUE, FIRST FLOOR
MINEOLA, NY 11501


THE LCF GROUP INC.
3000 MARCUS AVENUE, SUITE 2W15
LAKE SUCCESS, NY 11042

TRITON RECOVERY GROUP LLC
19790 W. DIXIE HIGHWAY, SUITE 301
MIAMI, FL 33180


U.S. BANK EQUIPMENT FINANCE
PO BOX 790448
SAINT LOUIS, MO 63179-0448


U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL, MN 56258


U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM, AL 35203


U.S. SMALL BUSINESS ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH, TX 76155


WAVE ADVANCE
200 SOUTH ANDREWS AVENUE, SUITE 504
FORT LAUDERDALE, FL 33301


WHITE STAR FUNDING, INC.
4300 BISCAYNE BOULEVARD, SUITE 203
MIAMI, FL 33137


YESHAYA GORKIN ESQ.
AINSWORTH GORKIN PLLC
PO BOX 605
NEW YORK, NY 10038